IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS BROWN,**

　　　　　*Plaintiff,*

v.　　　　　　　　　　　　　　　　　　Case No.: 4:21cv281-MW/MJF

**MARK INCH,**

　　　　　*Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Petitioner's objections, ECF No. 18. This Court agrees that based on Petitioner's pattern of abuse of the judicial process, dismissal with prejudice is an appropriate sanction for Petitioner's bad faith. Moreover, Petitioner has been warned of dismissal as a possible sanction and afforded multiple opportunities to be heard. *See, e.g.*, ECF No. 7 (recommending dismissal as sanction); ECF No. 8 (objections to first report and recommendation); ECF No. 9 (this Court's order rejecting first report and recommendation based on objections and remanding to magistrate judge); ECF No. 17 (recommending dismissal as sanction); ECF No. 18 (objections to second report and recommendation).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 17, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice**, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on November 19, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**